BUTLER COUNTY BAR ASSOCIATION *v.* PACKARD.

[Cite as *Butler Cty. Bar Assn. v. Packard* (1994), 70 Ohio St.3d 539.]

(No. 94–1373—Submitted August 17, 1994—Decided October 19, 1994.)

*Michael T. Gmoser Co., L.P.A.,* and *Michael T. Gmoser; Patricia S. Oney,* for relator.

*Dwight A. Packard, pro se.*

*Per Curiam.* We concur in the board's findings and recommendation as herein modified. Accordingly, we suspend respondent from the practice of law for six months; however, the suspension is stayed so long as no disciplinary complaints against respondent are certified to the board by a probable cause panel within the six-month period. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and PFEIFER, JJ., concur.

WRIGHT and F.E. SWEENEY, JJ., dissent and would suspend respondent for six months without a stay.